Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | Case No. CV 10-2102 AWI DLB |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| Marina Lopez, et al., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendant: Marina Lopez a/k/a Maria A Lopez, individually and d/b/a Carniceria Lopez, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

IT IS SO ORDERED.

Dated:   February 12, 2011                          _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE

Page 1